

*attorneys at law*

New Jersey • New York • Florida

3 Becker Farm Road
Suite 105
Roseland, New Jersey 07068
www.lawfirm.ms
t. 973.736.4600
f. 973.325.7467

**MICHAEL F. BEVACQUA, JR.**
*Member*

mbevacqua@lawfirm.ms
d. 973.243.7967

November 2, 2020

Honorable Kevin McNulty, U.S.D.J.
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    **Re:**   *Gregory Levine vs. Banc Alt LLC et al.*
              Civil Action No. 2:18-CV-06400 (KM)

Dear Judge McNulty:

    We represent Plaintiff Gregory Levine in the above referenced matter. Currently pending before the Court is Defendant Banc Alt LLC's motion for to enter judgment under Fed. R. Civ. P. 54(b), returnable November 16, 2020. With the consent of counsel for Bank Alt LLC, we hereby request that the Court adjourn the pending motion to the next return date, December 7, 2020.

    Thank you.

                                                            Respectfully Submitted,

                                                           /s/ *Michael F. Bevacqua, Jr.*
                                                              MICHAEL F. BEVACQUA, JR.

MFB:bb
 cc:  All Counsel